UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                  :
:       ORDER
- v. -                                     :
:       19 Cr. 734 (WHP)
JOSE GARCIA,                                              :
:
Defendant.                     :
:
------------------------------------------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 12, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: August 28, 2020                               SO ORDERED:
       New York, New York

                                                     _____
                                                     WILLIAM H. PAULEY III
                                                     U.S.D.J.