



Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440

Application granted. Sentencing adjourned to May 3, 2021 at 11:00 a.m.

January 11, 2021

SO ORDERED:

_William H. Pauley_
WILLIAM H. PAULEY III
U.S.D.J.

United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007
Attn: The Honorable William H. Pauley III

January 11, 2021

**Re: Adjournment Request, Jose Garcia, Case No. 19 Cr. 734 (WHP-3)**

Dear Judge Pauley III:

Greetings. I write to request an adjournment for the above-mentioned case scheduled for Sentencing on January 27, 2021, before your Honor. I understand that the Southern District has suspended in-person proceedings due to COVID-19. Also, I have not received the final draft of the presentence report, which we need before we complete our sentencing memorandum. Therefore, I wish to adjourn this matter until in-person proceedings are allowed, as Mr. Garcia would like to be sentenced in-person. This is the first adjournment request on behalf of Mr. Garcia and the US Attorney's Office and the US Probation Office have not objected.

Thank you for your consideration. Please advise.




Yours,

/s/ Paul D. Petrus Jr.

Paul D. Petrus Jr. Esq.

cc:  AUSA Jacob Warren
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Via Email: Jacob.Warren@usdoj.gov

AUSA Justin Victoe Rodriguez
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Via Email: justin.rodriguez@usdoj.gov

Sandra Vélez-García
US Probation Officer
Souther District of New York
Via Email: Sandra_VelezGarcia@nysp.uscourts.gov

Pasquale Delguadio
US Probation Officer
Southern District of New York
Via Email: Pasquale_DelGaudio@nysp.uscourts.gov