UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 19 Cr. 734 (WHP) |
| Jose Garcia, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

     The sentencing for defendant Jose Garcia is re-scheduled, on consent of the parties, to June 25, 2021 at 11:00 a.m.

Dated: April 26, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.