UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

          -against-                         :          19 Cr. 734 (WHP)

Jose Garcia,                                 :          <u>ORDER</u>
                   Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing scheduled for defendant Jose Garcia is adjourned to a date to be

determined.


Dated: June 17, 2021
      New York, New York


                        SO ORDERED:


                                       WILLIAM H. PAULEY III
                                          U.S.D.J.